| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF TENNESSEE |
| Case number *(if known)* _____  Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Scenic City Boot Camp, LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **27-0929341** |
| 4. | Debtor's address | **Principal place of business**<br>**5230 Highway 153, Suite 130**<br>**Hixson, TN 37343**<br>Number, Street, City, State & ZIP Code<br><br>**Hamilton**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **Sceniccitybootcamp.com** |
| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Scenic City Boot Camp, LLC**     Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**7139**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor **Kevin Harvey**     Relationship **owner**

District **EDTN**     When **4/4/25**     Case number, if known _____

Debtor  **Scenic City Boot Camp, LLC** _____  Case number (*if known*) _____
      Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
      Contact name _____
      Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☒ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Scenic City Boot Camp, LLC**    Case number (*if known*) _____
       Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 4, 2025**
               MM / DD / YYYY

**X** /s/   **Kevin Harvey**                                    **Kevin Harvey**
Signature of authorized representative of debtor                Printed name

Title   **President**

**18. Signature of attorney**

**X** /s/ **W. Thomas Bible,, Jr.**                             Date   **April 4, 2025**
Signature of attorney for debtor                                       MM / DD / YYYY

**W. Thomas Bible,, Jr. 014754**
Printed name

**Tom Bible Law**
Firm name

**6918 Shallowford Road, Suite 100**
**Chattanooga, TN 37421**
Number, Street, City, State & ZIP Code

Contact phone   **(423) 424-3116**      Email address   **tom@tombiblelaw.com**

**014754 TN**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Scenic City Boot Camp, LLC**
United States Bankruptcy Court for the: **EASTERN DISTRICT OF TENNESSEE**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Aes/Edam<br>Attn; Bankrupcty<br>PO Box 2461<br>Harrisburg, PA 17105 | | | | | | $17,117.00 |
| Ally Financial<br>Attn Bankruptcy<br>PO Box 3809901<br>Minneapolis, MN 55438-0901 | | 217 Land Rover | | $25,265.00 | $9,050.00 | $16,215.00 |
| Amex Correspondence/Bankruptcy<br>PO Box 981535<br>El Paso, TX 79998-1535 | | | | | | $17,636.00 |
| Amex Correspondence/Bankruptcy<br>PO Box 981535<br>El Paso, TX 79998-1535 | | | | | | $5,661.22 |
| Amex Correspondence/Bankruptcy<br>PO Box 981535<br>El Paso, TX 79998-1535 | | | | | | $1,021.00 |
| Chattanooga Bridge Loan<br>Southeast Tennessee Development District<br>1000 Riverfront Parkway<br>Chattanooga, TN 37402 | | | | | | $11,000.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Scenic City Boot Camp, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Citicards CBNA Bankruptcy** PO Box790040 Saint Louis, MO 63179-0040 | | | | | | $10,067.00 |
| **Citizens Tri County Bank** Attn Bankruptcy 201 N Jackson Street Tullahoma, TN 37388 | | | | $26,708.00 | $0.00 | $26,708.00 |
| **Discover Bank** PO Box 3025 New Albany, OH 43054 | | | | | | $9,359.00 |
| **Internal Revenue Service** PO Box 7346 Philadelphia, PA 19101 | | | | | | $5,000.00 |
| **JPMCB Card** Mailcode LA4-7100 700 Kansas Lane Monroe, LA 71203-4774 | | | | | | $42,894.00 |
| **JPMCB Card** Mailcode LA4-7100 700 Kansas Lane Monroe, LA 71203-4774 | | | | | | $42,626.00 |
| **JPMCB Card** Mailcode LA4-7100 700 Kansas Lane Monroe, LA 71203-4774 | | | | | | $7,288.00 |
| **SmartBank** 2430 Teaster Ln #205 Pigeon Forge, TN 37863 | | | | | | $28,244.00 |
| **Syncb/ppc** Attn Bankruptcy PO Box 965064 Orlando, FL 32896-5064 | | | | | | $5,657.00 |
| **United States Small Business Admin District Director** 2 International Drive, Suite 500 Nashville, TN 37217 | | | | | | $200,000.00 |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 2

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor **Scenic City Boot Camp, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **United States Small Business Admin District Director**<br>**2 International Drive, Suite 500**<br>**Nashville, TN 37217** | | | | | | **$12,400.00** |

# United States Bankruptcy Court
### Eastern District of Tennessee

In re  **Scenic City Boot Camp, LLC**     Case No.
                                         Debtor(s)     Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

The above Debtor(s) hereby verifies under the penalty of perjury under the laws of the United States of America that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **April 4, 2025**      /s/ Kevin Harvey
                                               **Kevin Harvey**/**President**
                                               Signer/Title

Date: **April 4, 2025**      /s/ W. Thomas Bible,, Jr.
                                               Signature of Attorney
                                               **W. Thomas Bible,, Jr. 014754**
                                               **Tom Bible Law**
                                               **6918 Shallowford Road, Suite 100**
                                               **Chattanooga, TN 37421**
                                               **(423) 424-3116 Fax: (423) 499-6311**

```
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Aes/Edam
Attn; Bankrupcty
PO Box 2461
Harrisburg, PA 17105


AES/EDAM
PO Box 61047
Harrisburg, PA 17106


Ally Financial
Attn Bankruptcy
PO Box 3809901
Minneapolis, MN 55438-0901


Amex
Correspondence/Bankruptcy
PO Box 981535
El Paso, TX 79998-1535


Amex
PO Box 9815537
79998-1537


Chattanooga Bridge Loan
Southeast Tennessee Development District
1000 Riverfront Parkway
Chattanooga, TN 37402


Citicards CBna
PO Box 6217
Sioux Falls, SD 57117-6217


Citicards CBNA
Bankruptcy
PO Box790040
Saint Louis, MO 63179-0040


Citizens Tri County
Attn: Bankruptcy
15699 Rankin Ave
Dunlap, TN 37327-7018


Citizens Tri County Bank
Attn Bankruptcy
201 N Jackson Street
Tullahoma, TN 37388


Discover Bank
PO Box 3025
New Albany, OH 43054
```

```
Discover Bank
PO Box 30939
Salt Lake City, UT 84130


JPMCB
PO Box 15369
Wilmington, DE 19850


JPMCB Card
Mailcode LA4-7100
700 Kansas Lane
Monroe, LA 71203-4774


Northgate Center Partnership
711 Signal Mountain Road, Suite 324
Chattanooga, TN 37405


SmartBank
2430 Teaster Ln #205
Pigeon Forge, TN 37863


Syncb/ppc
Attn Bankruptcy
PO Box 965064
Orlando, FL 32896-5064


Syncb/ppc
PO Box 71727
Philadelphia, PA 19176


United States Attorney
800 Market Street, Suite 211
Knoxville, TN 37902


United States Small Business Admin
District Director
2 International Drive, Suite 500
Nashville, TN 37217


US Attorney's Office
Howard H. Baker Jr. U.S. Courthouse
800 Market Street, Suite 211
Knoxville, TN 37902


Wells Fargo Mortgage
Attn Bankruptcy Department
PO Box 10335
Des Moines, IA 50306-0335


Wfbna HI
PO Box 10335
Des Moines, IA 50306-0335
```

# United States Bankruptcy Court
## Eastern District of Tennessee

In re   **Scenic City Boot Camp, LLC**                               Case No.
                            Debtor(s)                                 Chapter   **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Scenic City Boot Camp, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

| | |
|---|---|
| April 4, 2025 | /s/ W. Thomas Bible,, Jr. |
| Date | W. Thomas Bible,, Jr. 014754 |
| | Signature of Attorney or Litigant |
| | Counsel for **Scenic City Boot Camp, LLC** |
| | Tom Bible Law |
| | 6918 Shallowford Road, Suite 100 |
| | Chattanooga, TN 37421 |
| | (423) 424-3116  Fax:(423) 499-6311 |
| | tom@tombiblelaw.com |